The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TAM VAN NGUYEN,<br><br>Defendant. | NO. CR22-117-RSL<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

The Court, having reviewed the Stipulated Motion of the Parties regarding a proposed briefing schedule for the Defendant's motion for early termination of supervised release, hereby ORDERS that the stipulated motion is granted. The briefing schedule shall be as follows:

   a. The government's response to the motion should be filed on or before October 4, 2023;

   b. Any reply should then be filed on or before October 6, 2023, and the matter shall be re-noted for that date.

   DATED this  27th  day of September, 2020.

*/s/ Robert S. Lasnik/*
Robert S. Lasnik
United States District Court Judge

Presented by:

*/s/ Dane A. Westermeyer*
Dane A. Westermeyer
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Nguyen,* CR22-117-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970