UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>TAM VAN NGUYEN,<br><br>                Defendant. | CASE NO. 2:22-cr-00117-TL<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

      The matter is before the Court on Mr. Nguyen's Motion for Early Termination of Supervised Release. Dkt. No. 5. Having considered the motion, the Government's response in opposition, and Mr. Nguyen's reply, the Court DENIES the motion.

      On August 14, 2015, Mr. Nguyen pleaded guilty to Possession with Intent to Distribute Controlled Substances and Criminal Forfeiture Allegations in the District of Alaska. *Id.* at 2. The District of Alaska Court sentenced Mr. Nguyen to 120 months imprisonment followed by five

years of supervised release. *Id.* Mr. Nguyen began his supervised release on April 1, 2022. His supervision was transferred to the Western District of Washington on August 12, 2022.

Mr. Nguyen requests the Court terminate his supervised release pursuant to 18 U.S.C. § 3583(e)(1). In support of his motion, Mr. Nguyen points out that he completed several programs and classes while in custody, including a nine-month substance abuse program. *Id.* He has been on supervision for 18 months without any violations and has been steadily employed since September 2022. *Id.* at 2–3. Before he was convicted, he was "deeply involved in charitable work in his native country," and he has continued with his philanthropy. *Id.*

The Court commends Mr. Nguyen not only for what he accomplished while in custody but for his smooth transition to supervised release. However, the Court notes that even though he was deeply involved with philanthropic work before he was convicted, it did not stop him from committing a crime serious enough to result in a ten year sentence. In addition, Mr. Nguyen has completed less than a third of his period of supervised release after a lengthy incarceration. Finally, Mr. Nguyen admits that his conditions of supervision are "modest." *Id.* at 2. As such, the Court finds it premature to terminate his supervision at this time.

Dated this 24th day of October 2023.

Tana Lin
United States District Judge

ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE - 2